February 2, 1977
372 A.2d 411
Adams Appeal.

Argued December 8, 1976.   Michael A. Klimpl, Assistant Public Defender, with him Martin J. King, Public Defender, for appellant;  Peter F. Schenck, Assistant District Attorney, and Kenneth G. Biehn, District Attorney, submitted a brief for appellee.

Order affirmed.